United States District Court
Southern District of Texas
**ENTERED**
September 05, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANASIA SMITH, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:25-cv-02677 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| HARRIS COUNTY, *et al,* | § | |
| Defendants. | § | |

## ORDER

Pending is a motion by Plaintiff Anasia Smith for alternative service, to extend the time for service, and to serve a subpoena for the address of Defendant La'Sha Haynes. Dkt 57.

The motion is DENIED as presented.

The motion discloses that counsel for Defendant Harris County has stated that Defendant Haynes remains "a current employee" and that "she could be served at work." Dkt 57 at 8.

Defendant Harris County is ORDERED to (i) accept service on behalf of Defendant Haynes, or (ii) arrange for its employee, Defendant Haynes, to be present in person at the main office on a date with notice to Plaintiff's counsel to make such service, or (iii) show cause why neither of these is appropriate or possible.

The fact that the parties somehow believed that service by social media is the most reasonable and expedient means of service is mystifying. The Court will consider shifting further attorney fees and costs in this respect if Defendants Harris County and Haynes refuse to cooperate on service.

SO ORDERED.

Signed on September 5, 2025, at Houston, Texas.

_____

Hon Charles Eskridge
United States District Judge