UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANASIA SMITH,<br><br>Plaintiff,<br><br>v.<br><br>HARRIS COUNTY;<br>ED GONZALEZ;<br>PAULITA FRANCO;<br>TALIA RUBIO;<br>DE'ESSENCE LEWIS;<br>LASHA M. HAYNES;<br>TAYLOR NESHAY HODGES; and<br>TERRENCE ALFORD;<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:25-cv-02677<br><br>JURY REQUESTED |

**JOINT STATUS REPORT**

Plaintiff Anasia Smith and Defendants Harris County, Sheriff Ed Gonzalez, Paulito Franco, Talia Rubio, De'Essence Lewis, Lasha M. Haynes, Taylor Neshay Hodges, and Terrence Alford (together "the parties"), file this Joint Status Report as ordered, Dkt. 105.

To date no discovery has occurred due to the pending Motions to Dismiss asserting qualified immunity and Motions to Stay. In their pending motions to dismiss, the seven individual defendants and Harris County sought a stay of discovery pending resolution of the individual defendants' assertion of qualified immunity. Recognizing binding Fifth Circuit law calling for a stay of discovery pending resolution of qualified immunity, Plaintiff agreed that discovery should be stayed against the individual defendants but

sought to take discovery from Harris County. *See, e.g.*, Pl.'s Resp. to Harris County & Ed Gonzalez Mots. to Dismiss, Dkt. 53 at 38.

During briefing on the motions to dismiss, the Parties held a Rule 26(f) conference where they discussed whether to stay discovery and, on September 17, 2025, submitted a case management plan consistent with this District's local rules. Dkt. 80. In their Joint Discovery/Case Management Plan, the Parties memorialized their disagreement on what, if any, discovery could go forward. *Id.* at 13. At that time, an initial conference with the Court was set for October 1, 2025. Dkt. 15. That initial conference was reset twice to December 9, 2025. Dkt. 89. But before then, on December 5, 2025, the Court cancelled the hearing, stating, "Hearing to be reset upon further order of the Court." Dec. 5, 2025, Text Entry. The Court never reset the hearing. Thus, the Parties have been awaiting further order from the Court per its December 5, 2025 instruction.

Plaintiff separately notes that she did not serve any *Monell* discovery while Harris County's requested stay was pending since doing so would needlessly force Harris County to file a duplicative motion for protective order. Indeed, the caselaw is split on whether *Monell* discovery should proceed where individual municipal employees invoke qualified immunity. *See Saenz v. City of El Paso*, No. 14-CV-244, 2015 WL 4590309, at *3 (W.D. Tex. Jan. 26, 2015) (observing that courts "have not been uniform in their analysis of how" an assertion of qualified immunity "impacts pretrial discovery" as to defendants not protected by immunity) (citation omitted). Plaintiff has not served discovery as the Court has not ruled on the pending motions.

The parties do not intend to conduct any discovery before resolution of all pending Motions to Dismiss and/or Motions to Stay.

Finally, the parties acknowledge the Court's admonition that they should contact the Court in similar circumstances in the future. Dkt. 105 at 1.

(Signatures on following page)

Date: November 24, 2026

Respectfully submitted,

**Attorneys for Plaintiff:**

*/s/ Travis Walker Fife*
Travis Walker Fife
Texas Bar No. 24126956
Southern District No. 3734502
travis@texascivilrightsproject.org
Zachary Dolling
Texas Bar No. 24105809
Southern District No. 3290949
zachary@texascivilrightsproject.org
Kirsten Budwine
Texas Bar No. 24140263
Southern District No. 392707
kirsten@texascivilrightsproject.org
Danyelle LaMeatrics Honore
Texas Bar No. 24188514
Southern District No. 3941620
danyelle@texascivilrightsproject.org
Sarah Beebe
Texas Bar No. 24069362
Southern District No. 1096685
sarah@texascivilrightsproject.org
TEXAS CIVIL RIGHTS PROJECT
P.O. Box 17757
Austin, TX 78760
Tel.: (512) 474-5073
Fax: (512) 474-0726

*/s/ Chase J. Cooper*
Chase J. Cooper
Texas Bar No. 24087342
Southern District No. 3855038
chase.cooper@winstontaylor.com
WINSTON TAYLOR LLP
2121 N. Pearl St., Suite 900
Dallas, TX 75201

Tel.: (214) 453-6531

Matthew W. Frost
Texas Bar No. 24142920
Southern District No. 3923400
matt.frost@winstontaylor.com
WINSTON TAYLOR LLP
300 N. LaSalle Drive
Suite 4400
Chicago, IL 60654
Tel.: (312) 558-5600

Kristin McGough
Southern District Bar No. 3905172
kristin.mcgough@winstontaylor.com
WINSTON TAYLOR LLP
1901 L Street NW
Washington, DC 20036
Tel.: (202) 282-5000

**Attorneys for Defendants:**

By: */s/ Frank Ford*

**FRANK FORD**
Assistant County Attorney
ATTORNEY-IN-CHARGE
Federal ID No. 565385
State Bar No. 24012642
Phone: (832) 570-7582 (direct)
Frank.ford@harriscountytx.gov

**RACHEL FRASER**
Senior Assistant County Attorney
ATTORNEY TO BE NOTICED
State Bar No. 24079725
Fed Bar No. 4067195
Tel: (713) 274-5383 (direct)
rachel.fraser@harriscountytx.gov

**OFFICE OF THE HARRIS COUNTY ATTORNEY**
1010 Lamar, 11th Floor
Houston, Texas 77002

Tel: (713) 274-5224 (direct)

**ATTORNEYS FOR DEFENDANTS**
**HARRIS COUNTY AND ED GONZALEZ**

*/s/ David Adler*
David Adler
State Bar of Texas 00923150
Southern District of Texas 17942
1415 North Loop West, Suite 905
Houston, Texas 77008
713-666-7576
davidadler1@hotmail.com

**Attorney for Defendants Alford and Hodges**

*/s/ Joseph Alan Callier*
Joseph Alan Callier
CALLIER LAW GROUP PLLC.
State Bar No. 03663500
SDT Bar No. 5447
4900 Woodway, Suite 700
Houston, TX 77056
Telephone: (713) 439-0248
callier@callierlawgroupllc.com

**Attorney for Defendants Rubio, Franco,**
**Haynes and Lewis**

**CERTIFICATE OF SERVICE**

I certify that, pursuant to Federal Rules of Civil Procedure, a true copy of the instrument to which this Certificate is attached was duly served upon each party to this cause on the CM/ECF system, which will automatically serve a Notice of Electronic Filing to the parties.

*/s/ Travis Walker Fife*
Travis Walker Fife

## ARTIFICIAL INTELLIGENCE CERTIFICATION

Pursuant to Court Procedures 16(j) and 30, the parties jointly certify that no artificial intelligence was used in preparation of this document.

**Attorneys for Plaintiff:**

*/s/ Travis Walker Fife*
Travis Walker Fife
Texas Bar No. 24126956
Southern District No. 3734502
travis@texascivilrightsproject.org
Zachary Dolling
Texas Bar No. 24105809
Southern District No. 3290949
zachary@texascivilrightsproject.org
Kirsten Budwine
Texas Bar No. 24140263
Southern District No. 392707
kirsten@texascivilrightsproject.org
Danyelle LaMeatrics Honore
Texas Bar No. 24188514
Southern District No. 3941620
danyelle@texascivilrightsproject.org
Sarah Beebe
Texas Bar No. 24069362
Southern District No. 1096685
sarah@texascivilrightsproject.org
TEXAS CIVIL RIGHTS PROJECT
P.O. Box 17757
Austin, TX 78760
Tel.: (512) 474-5073
Fax: (512) 474-0726

*/s/ Chase J. Cooper*
Chase J. Cooper
Texas Bar No. 24087342
Southern District No. 3855038
chase.cooper@winstontaylor.com
WINSTON TAYLOR LLP
2121 N. Pearl St., Suite 900
Dallas, TX 75201

Tel.: (214) 453-6531

Matthew W. Frost
Texas Bar No. 24142920
Southern District No. 3923400
matt.frost@winstontaylor.com
WINSTON TAYLOR LLP
300 N. LaSalle Drive
Suite 4400
Chicago, IL 60654
Tel.: (312) 558-5600

Kristin McGough
Southern District Bar No. 3905172
kristin.mcgough@winstontaylor.com
WINSTON TAYLOR LLP
1901 L Street NW
Washington, DC 20036
Tel.: (202) 282-5000

**Attorneys for Defendants:**

By: *<u>/s/ Frank Ford</u>*

**FRANK FORD**
Assistant County Attorney
ATTORNEY-IN-CHARGE
Federal ID No. 565385
State Bar No. 24012642
Phone: (832) 570-7582 (direct)
Frank.ford@harriscountytx.gov

**RACHEL FRASER**
Senior Assistant County Attorney
ATTORNEY TO BE NOTICED
State Bar No. 24079725
Fed Bar No. 4067195
Tel: (713) 274-5383 (direct)
rachel.fraser@harriscountytx.gov

**OFFICE OF THE HARRIS COUNTY ATTORNEY**
1010 Lamar, 11th Floor
Houston, Texas 77002

Tel: (713) 274-5224 (direct)

**ATTORNEYS FOR DEFENDANTS HARRIS COUNTY AND ED GONZALEZ**

*/s/ David Adler*
David Adler
State Bar of Texas 00923150
Southern District of Texas 17942
1415 North Loop West, Suite 905
Houston, Texas 77008
713-666-7576
davidadler1@hotmail.com

**Attorney for Defendants Alford and Hodges**

*/s/ Joseph Alan Callier*
Joseph Alan Callier
CALLIER LAW GROUP PLLC.
State Bar No. 03663500
SDT Bar No. 5447
4900 Woodway, Suite 700
Houston, TX 77056
Telephone: (713) 439-0248
callier@callierlawgroupllc.com

**Attorney for Defendants Rubio, Franco, Haynes and Lewis**